IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 25-00137-KD-N |
| | ) |
| GUILLERMO MARTINEZ-RIOS, | ) |
|   aka Aldolfo Gustavo | ) |
|   Orellana-Valdez, | ) |
|   aka Alfredo Herrara-Munoz, | ) |
|   aka Robert Orellana Avaldez, | ) |
|   aka Roberto Valdez, | ) |
|   aka Valdez Roberto Orellana, | ) |
|   Defendant. | ) |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katerine P. Nelson, and with objections having been waived by the parties, the plea of guilty of the Defendant Guillermo Martinez-Rios to Count One of the Indictment—charging a violation of 8 U.S.C. § 1326(a): illegal reentry—is now **accepted** and the Defendant is **adjudged guilty** of such offense.

A sentencing hearing has been scheduled for **August 8, 2025, at 11:00 a.m. (CST) in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this **24th** day of **July 2025**.

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**